#1002

D-13

DCP# 100-7(1)

**DAUPHIN COUNTY PRISON GRIEVANCE FORM**

Inmate's Name Tajel Abdullah DCP # 086416 Date 12. 6. 23

I. Complaint pursuant to federal/state/local rules of conduct, an inmate being in the costody of D.C.P. my rights as an inmate are being violated all at the hand of D.C.P. warden/staff. The claims include but are not limited. This warden continues to violate my rights under the comm. federal/state/local rules by removing all of my legal materials including electricity (no lights) no sheets, no fresh water, no pencil and no way to fight my legal issues with up coming trial all at the hands of D.C.P. warden. All above is considerd cruel and unusal punishment

Relief Sought Respectfully that this warden stop violating my right and respectfully return everything that was illegally obtained under federal law, and to stop the cruel + unusual punishment.

Receiving Staff ______ ID # ______ Date ______

Staff's Response (action to be taken) ______

☐ I accept the action proposed.

☐ I do not accept the action proposed because ______

Inmate's Signature ______ DCP # ______ Date ______

---

II. Supervisor ______ ID # ______ Date ______

Supervisor's Response (action to be taken) ______

☐ I accept the action proposed.

☐ I do not accept the action proposed because ______

Inmate's Signature ______ DCP # ______ Date ______

---

☒ The subject of the above grievance is a non-grievable issue because Security of the institution takes precedence. All tablets & property were returned after property

Supervisor [signature] ID # ______ Date 1/21/24

White - Institution Yellow - Inmate

inventoried & your property is addressed in grievance # 1007. Conditions were secure.